UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-15, <br><br> Defendants. | Civil Action No. 16-cv-1950 <br><br> PLAINTIFF'S NOTICE OF RELATED CASES |

Pursuant to LCR 3(f), Plaintiff provides notice of the following cases in this jurisdiction:

- *Dallas Buyers Club, LLC v. Does*, Case Nos. 14-1153, 1336, 1684, 1819, 1926; 15-133, 134, 576, 579, 580, 581, 582 (RAJ)
- *Cobbler Nevada, LLC v. Does*, Case Nos. 15-1404, 1406, 1408, 1420, 1421, 1430, 1431, 1432, 1435, 1443, 1614, 1616 (TSZ)
- *QOTD Film Investment, Ltd. v. Does,* Case No. 16-cv-0371 (RSL)
- *LHF Productions, Inc. v. Does*, Case Nos. 16-cv-551, 552, 621, 623, 731, 864, 865, 1015, 1017, 1089, 1090, 1175, 1273, 1354, 1588, 1648 (RSM)
- *Criminal Productions, Inc. v. Does,* Case Nos. 16-cv-729, 860, 1016, 1177, 1272, 1351, 1352, 1589, 1647 (RAJ)
- *CELL Film Holdings, LLC v. Does,* Case No. 16-cv-1091, 1180, 1649 (RSL)
- *I.T. Productions, LLC v. Does,* Case No. 16-cv-1775 (TSZ)
- *ME2 Productions, Inc. v. Does*, Case No. 16-cv-1776, 1778, 1881, 1882 (RSL)
- *Cook Productions, LLC v. Does,* Case No. 16-cv-1884 (TSZ)

While not involving the same parties or property, these cases involve similar transactions or events pertaining to BitTorrent copyright infringement.

Plaintiff alerts the Court to the possibility of duplication of labor or expense or potential for conflicting results if the cases are conducted before different judges.

RESPECTFULLY SUBMITTED this 21st day of December, 2016.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

Attorneys for Plaintiff

LCR 3(f) NOTICE OF RELATED CASES
Civil Action No. 16-cv-1950
INIP-6-0066P01 NOTICE_3(f)

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301