UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

    v.

JOHN SIMMONS, *et al.*,

    Defendants.

Case No. C16-1950RSL

ORDER DISMISSING CLAIMS AGAINST JOHN SIMMONS, BRIAN YOUNG, JEREMIE FOX, AND COLBY BENZLER

This matter comes before the Court *sua sponte*. On March 16, 2017, the Court granted an extension of time in which to affect service in this matter. Plaintiff was given "an additional forty-five days, until May 5, 2017, to file proofs of waiver as to all defendants or a second motion for extension of time detailing the efforts made toward effecting personal service." Dkt. # 11 at 2. As of the date of this order, no proof of service or motion for extension of time has been filed with regards to defendants John Simmons, Brian Young, Jeremie Fox, and/or Colby Benzler. The claims asserted against these defendants are hereby DISMISSED.

Dated this 11th day of May, 2017.

Robert S. Lasnik
United States District Judge