Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAMID KAIFA, <br><br> Defendant. | No. C16-1950RSL <br><br> ORDER DENYING DEFAULT |

The Plaintiff's Motion for Default as to Defendant Hamid Kaifa (Dkt. # 34) has been considered, together with the files and records herein and is DENIED for the following reason:

A response was filed by Defendant Hamid Kaifa on May 15, 2017.

DATED this 25th day of May, 2017.

WILLIAM M. McCOOL
Clerk of the Court

By: */s/Kerry Simonds*
Deputy Clerk