Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BROOKE GUZMAN, an individual;<br>DENNIS SEMIKIN, an individual;<br>OLIVIA BOWSER-RICHARD, an individual;<br>TERESA SOLOMON, an individual;<br>HAMID KAIFA, an individual; and<br>RANDY ELY, an individual,<br><br>    Defendants. | Civil Action No. 16-cv-1950RSL<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF HAMID KAIFA (DOE 14) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed (a) not to directly, contributorily or indirectly infringe Plaintiff's rights in its valid and enforceable copyrighted work *Mechanic: Resurrection*, Copyright Registration No. PA 1-998-057, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) to destroy all unauthorized copies or parts thereof of *Mechanic: Resurrection* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) to pay Plaintiff a

STIPULATION OF DISMISSAL - 1
Civil Action No. 16-cv-1950RSL
INIP-6-0066P11 SDMISS - Doe 14

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

monetary sum, including for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

s/ David A. Lowe, WSBA No. 24,453

LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

Hamid Kaifa, *pro se*
4921 146th Pl SE
Everett, WA 98208

STIPULATION OF DISMISSAL - 2
Civil Action No. 16-cv-1950RSL
INIP-6-0066P11 SDMISS - Doe 14

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301